IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ASHLIE RICKARDS,<br><br>            Defendant. | 8:19CR357<br><br>**ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on July 7, 2021, regarding Petition for Offender Under Supervision [31]. David Stickman represented the defendant. Patrick McGee represented the government. The defendant was previously advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause to believe the defendant violated the terms of supervised release as alleged in the petition and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 3:00 p.m. on August 11, 2021.

The government withdrew its motion for detention subject to the defendant's release from the custody of the authorities for the state of Nebraska. The United States Marshal is ordered to release the detainer previously placed on the defendant. The defendant shall be released on the current terms and conditions of supervision and as specifically set forth on the record during the hearing held on July 7, 2021.

**IT IS SO ORDERED**.

Dated this 7th day of July, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge